**Boaz RAFAELI, Plaintiff–Appellant,**

v.

**August SCHOENFELD and Lois Gould, Defendants–Respondents.**

**No. 71535.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 29, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 3, 1997.

Application to Transfer Denied
Aug. 19, 1997.

Boaz Rafaeli, Clayton, pro se.

N. Kimasa Sindel, Clayton, for defendants–respondents.

Before AHRENS, C.J., CRANDALL, J., and CHARLES B. BLACKMAR, Senior Judge.

## ORDER

PER CURIAM.

Plaintiff appeals from the trial court's judgment sustaining defendants' motion for summary judgment on his action for malicious prosecution. No error of law appears and an opinion would have no precedential value. However, the parties have been fur-

nished, for their use only, with a memorandum explaining the reasons for this decision.

The judgment of the trial court is affirmed. Rule 84.16(b). Defendants are awarded $2,500.00 in damages for a frivolous appeal. Rule 84.19.